B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
### Northern District of Illinois

In re __Tikiya Lechic Theus__                              Case No. __14 B 07884__
                              Debtor(s)                    Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70.25__  Check one  ☐ With the filing of the petition, or
                       ☑ On or before __4-4-2014__

$ __70.25__  on or before __5-5-2014__
$ __70.25__  on or before __6-4-2014__
$ __70.25__  on or before __7-7-2014__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __18 MAR 2014__

BY THE COURT

_____
United States Bankruptcy Judge